UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS NOVIK and <br> PATRICIA NOVIK <br><br> v. <br><br> KLEEN ENERGY SYSTEMS, L.L.C., O&G INDUSTRIES, INC., KEYSTONE CONSTRUCTION & MAINTENANCE SERVICES, INC., and BLUEWATER ENERGY SOLUTIONS, INC. | CIVIL ACTION NO. <br><br><br><br><br> AUGUST 17, 2010 |

## COMPLAINT

### JURISDICTION

1. Plaintiffs Nicholas Novik and Patricia Novik are citizens of the State of New Jersey.

2. Defendant Kleen Energy Systems, L.L.C. (hereafter "Kleen Energy") is a corporation organized under the laws of the State of Connecticut with a principal place of business in the State of Connecticut.

3. Defendant O&G Industries, Inc. (hereafter "O&G") is a corporation organized under the laws of the State of Connecticut with a principal place of business in the State of Connecticut.

4. Defendant Keystone Construction & Maintenance Services, Inc. (hereafter

"Keystone") is a corporation organized under the laws of the State of Massachusetts with a principal place of business in the State of Massachusetts.

5.  Defendant Bluewater Energy Solutions, Inc. (hereafter "Bluewater") is a corporation organized under the laws of the state of Georgia with a principal place of business in Georgia.

6.  This Court has jurisdiction under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

7.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) in that a substantial part of the events or omissions giving rise to plaintiffs' claims occurred in this District; the accident at issue occurred in this District; and one or more of the defendants has a principal place of business in this District.

## COUNT ONE

8.  The defendants Kleen Energy, O&G, Keystone and Bluewater were involved in and responsible for the design, testing and construction of a natural gas powered plant in Middletown, Connecticut.

9.  At all relevant times the site was a "construction site" for purposes of 29 C.F.R. Part 1926.

10. On February 7, 2010, the defendants Kleen Energy, O&G, Keystone and Bluewater were cleaning or "blowing" some or all of the 561 pipelines at the plant site by

flushing large amounts of natural gas under very high pressure through the pipelines for the purpose of removing debris, directly or through their employees, partners, joint venturers or agents.

11. During that process, the defendants Kleen Energy, O&G, Keystone and Bluewater, directly or through their employees, partners, joint venturers or agents, failed to design, train their employees, and conduct the purging reasonably, in that a large quantity of natural gas was allowed to accumulate and come into contact with an ignition source while they and others, including Nicholas Novik, were performing duties at the site, due to one or more of the following factors, among others:

    a. Defendants designed and implemented an operation in which a large quantity of natural gas was vented into areas close to buildings, scaffolding, partially enclosed work areas, and other structures that were adjacent to the power generation building in which employees performed construction work and in which open flame ignition sources, including but not limited to propane heaters, existed;

    b. Defendants failed to reasonably abate the hazard by ensuring that the vent pipe was positioned vertically and above the power generation building and all other nearby structures, or horizontally to a location away from structures that could inhibit the adequate dispersal of the gas;

    c. Defendants failed to ensure that any and all ignition sources were

3

eliminated;

 d. Defendants failed to ensure that construction activity ceased during the gas blow process;

 e. Defendants failed to ensure that all workers other than those essential to conducting the gas blows were removed from the building and area around which the gas blows were occurring;

 f. Defendants failed to ensure the use of devices to control the amount and pressure of gas vented;

 g. Defendants failed to implement regular inspections of the work site by a competent person;

 h. Defendants failed to instruct or train their employees, agents, other contractors, and others, in hazard recognition and minimization related to gas blow operations;

 i. Defendants did not prepare or implement a reasonable fire prevention system at the job site;

 j. Defendants otherwise failed to act reasonably under the circumstances then and there present.

12. As a result of the failure of due care of defendants Kleen Energy, O&G, Keystone, and Bluewater, natural gas being purged was caused to ignite and explode.

13. The explosion caused serious physical and other injuries to plaintiff Nicholas Novik.

14. A substantial factor causing the injuries to Nicholas Novik was the negligence of Kleen Energy, O&G, Keystone and Bluewater.

15. As a result of suffering these injuries, Nickolas Novik was caused to suffer financial losses and reduction in his ability to carry on life's activities.

## COUNT TWO

16-25. The plaintiff Patricia Novik repeats and realleges the allegations of Paragraphs 5 through 14 of Count One as Paragraphs 16 through 25 of this Count Two with the same force and effect as if fully set forth herein.

26. As a result of the conduct of the defendants Kleen Energy, O&G, Keystone and Bluewater, their agents, servants or employees, Patricia Novik has suffered a loss of affection, care, companionship and consortium of her husband Nicholas Novik.

WHEREFORE, the plaintiffs pray for the following relief:

(a) Compensatory damages in an amount to be determined by the finder of fact but not less than $6,000,000.00 plus costs;

(b) Such other relief as the Court deems appropriate or to which the plaintiffs are entitled by law.

THE PLAINTIFFS

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
TEL:  203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com