# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS NOVIK et ux. | CIVIL ACTION NO. |
| | 3:10cv1313 (CSH) |
| v. | |
| KLEEN ENERGY SYSTEMS, L.L.C., et al. | April 4, 2014 |

## PLAINTIFFS' MOTION TO DISMISS UNDER RULE 41

Plaintiffs hereby move to dismiss this case, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2), a settlement of all claims having been reached with the assistance of retired Connecticut Superior Court Judge Robert Holzberg.  Plaintiffs forwarded closing papers to defense counsel on March 24, 2014, and while settlement proceeds have not yet been received the parties agree that the settlement has been reached and there is no further reason to maintain this case on the active docket.  The parties appreciate the Court's patience while this matter was in mediation.  All parties concur that this motion should be granted.

    THE PLAINTIFFS

    By /s/ William M. Bloss
        William M. Bloss
        Federal Bar No. ct01008
        Koskoff, Koskoff & Bieder
        350 Fairfield Avenue
        Bridgeport, Connecticut 06604
        TEL:  203-336-4421
        FAX: 203-368-3244
        Email: bbloss@koskoff.com

**CERTIFICATION**

      This is to certify that on April 4, 2014, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Christopher J. Sochacki, Esq.
Peter J. Ponziani, Esq.
Charles E. Vermette, Jr., Esq.
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT 06001

Thomas P. Lambert, Esq.
Joshua M. Auxier, Esq.
Halloran & Sage, LLP
325 Post Road West
Westport, CT 06880

Paul E. Pollock, Esq.
Bai Pollock Blueweiss&Mulcahey P.C.
Two Corporate Drive
Shelton, CT 06484

Richard C. Robinson, Esq.
Lee D. Hoffman, Esq.
Pullman &Comley, LLC
90 State House Square
Hartford, CT 06103

John W. Bradley, Esq.
Joseph B. Burns, Esq.
Zisca St. Clair, Esq.
Robbie T. Gerrick
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103

Attorney Jessica D. Meerbergen
Cooney Scully and Dowling
Ten Columbus Boulevard
Hartford, CT 06106

Frank A. Sherer III, Esq.
David E. Rosengren, Esq.
McElroy Deutsch Mulvaney& Carpenter/PH LLP
One State Street, 14th Floor
Hartford, CT -06103

James K. Robertson, Jr., Esq.
Attorney Maureen Danehy Cox
Todd R. Michaelis, Esq.
Richard L. Street, Esq.
Carmody& Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721

Anthony J. Natale, Esq.
Natale & Wolinetz
750 Main Street, Suite 600
Hartford, CT 06103

              /s/ William M. Bloss
              William M. Bloss